(Docket No. 10)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

_____ :
STEVEN ROBERTS,                     :
                                    :
            Plaintiff,              :   Civil No. 6-88 (RBK)
                                    :
       v.                           :   **ORDER**
                                    :
RYAN GILLIKIN, et al.               :
                                    :
            Defendants.             :
_____ :

THIS MATTER having come before this Court upon motion by Defendants Officer Ryan Gillikin, Paulsboro Chief of Police Ridinger, and the Borough of Paulsboro, (collectively "Defendants") for summary judgment against Plaintiff Steve Roberts ("Plaintiff"); and this Court having considered the moving papers and the opposition thereto; and for good cause shown;

IT IS HEREBY **ORDERED** that Defendants' motion for summary judgment as to all Plaintiff's federal constitutional claims is **GRANTED**.

IT IS FURTHER **ORDERED** that Defendants' motion for summary judgment on Plaintiff's claims of pain and suffering pursuant to the TCA is **GRANTED**.

IT IS FURTHER **ORDERED** that Defendants' motion for summary judgment as to Plaintiff's state constitutional claims and Plaintiff's claims of assault and battery is **DENIED**.


Dated: 7/13/2007         s/Robert B. Kugler
                         ROBERT B. KUGLER
                         United States District Judge