NOT FOR PUBLICATION                                                                (Docket No. 17)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
                                                            :
STEVEN ROBERTS,                              :
                                                            :
                                                            :
            Plaintiff,                               :         Civil No. 06-88 (RBK)
                                                            :
    v.                                                  :         **ORDER**
                                                            :
RYAN GILLIKIN, et al.                         :
                                                            :
                                                            :
            Defendants.                          :
_____:

       THIS MATTER HAVING COME BEFORE THE COURT on the motion of Defendants Ryan Gillikin, Chief of Police of Paulsboro, and the Borough of Paulsboro (Defendants) for reconsideration and clarification of this Court's Order of July 17, 2007 granting in part and denying in part Defendants' motion for summary judgment on the complaint of Plaintiff Steven Roberts (Plaintiff); and

       THE COURT HAVING CONSIDERED the moving papers and the opposition thereto;

       IT IS HEREBY ORDERED that the following claims remain:

  (a) a claim against Officer Gilliken, alleging that his actions in conducting a strip search and cavity search were in violation of Plaintiff's rights under the New Jersey Constitution;

    (b) a claim against Officer Gillikin for assault and battery;

    (c) a claim against the Borough of Paulsboro for Officer Gillikin's liability for violations of the New Jersey Constitution; and

    (d) a claim against the Borough of Paulsboro for Officer Gillikin's liability for assault and battery.

    IT IS FURTHER ORDERED that summary judgment has been granted to Paulsboro Chief of Police Ridinger on all claims; and

    IT IS FURTHER ORDERED that no independent claims for liability remain against the Borough of Paulsboro.


Dated:  1/25/2008                                 /s/ Robert B. Kugler
                                                      ROBERT B. KUGLER
                                                      United States District Judge